# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152802 & (18)(22)(27)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 152802
                                      COA: 328557

GARY DUANE FRISBY,
      Defendant-Appellant.
                                      Genesee CC: 11-028915-FC

_____/

      On order of Court, the motion by defendant-appellant to dismiss his application for leave to appeal and the prosecutor's acquiescence in the motion are considered. The motion to dismiss is granted, and the case is DISMISSED with prejudice.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 18, 2016



a1115

                                      Clerk